

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2021

No. 04-21-00445-CV

**IN THE INTEREST OF C.M.C., S.S.J., CHILDREN**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02143
Honorable Martha Tanner, Judge Presiding

## O R D E R

The trial court's Order of Termination permitted counsel for appellant, N.N.G., to withdraw as counsel. (The order stated, "Bertram Wood . . . is relieved of all duties based on a finding of good cause."). Appellant, who the record reflects is indigent, is entitled to appointed appellate counsel. We therefore **order** the trial court to appoint counsel for appellant, N.N.G. within **3 days** of the date of this order and to direct the district clerk to file a supplemental record containing a copy of the court's appointment.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court